UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AULTIMUS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ICF TECHNOLOGY INC., <br><br> Defendant(s). | CASE NO. C25-2251-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES |

This matter comes before the Court on the parties' stipulated motion to extend initial case deadlines. Dkt. No. 18. Finding good cause, the Court GRANTS the motion (Dkt. No. 18) and extends the initial case deadlines as follows:

|  | Deadline |
|---|---|
| FRCP 26(f) Conference | 2/13/2026 |
| Initial Disclosures | 3/2/2026 |
| Joint Status Report | 3/6/2026 |

Dated this 9th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES - 1