UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AULTIMUS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ICF TECHNOLOGY INC., <br><br> Defendant(s). | CASE NO. C25-2251-KKE <br><br> DISMISSAL ORDER |

Plaintiff Aultimus Inc. has notified the Court of its intent to voluntarily dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 21. Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to administratively close this case.

Dated this 5th day of February, 2026.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1